3153 (Rev. 01-19)



STATE OF MICHIGAN
DEPARTMENT OF TREASURY
LANSING

GRETCHEN WHITMER
GOVERNOR

RACHAEL EUBANKS
STATE TREASURER

# UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF MICHIGAN

In re:  Steven Stanley and Laurie Ann Perkins    Case No.: 16-48900
28311 Gold Rd    Chapter 13
New Baltimore, MI 48047    Hon. Lisa S. Gretchko

Debtor

## WITHDRAWAL OF REQUEST FOR PAYMENT OF CLAIMS

The State of Michigan, Department of Treasury, hereby withdrawals its request for payment of the following claims:

| | |
|---|---|
| Secured: Claim No. | $ |
| Priority: Claim No. 9-4 | $1428.56 |
| Unsecured: Claim No. 9-4 | $70.95 |
| Administrative: Claim No. | $ |

Total to be withdrawn: $1499.51

/s/ Micaela Fulgencio

Bankruptcy Clerk
Collection Services Bureau, Bankruptcy